GEORGE W. ABELE (SB# 149846)
georgeabele@paulhastings.com
ELIZABETH A. BROWN (SB# 235429)
elizabethbrown@paulhastings.com
RYAN J. CRAIN (SB# 266172)
ryancrain@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
AT&T MOBILITY SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WONG, an individual, JUAN PINEDA, an individual, RONALD DEL VALLE, an individual, on behalf of themselves, all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T MOBILITY SERVICES LLC, a Delaware limited liability company; and DOES 1 through 10,<br><br>Defendants. | CASE NO. CV 10-8869-GW(FMOx) consolidated with CV 11-1768 GW (FMOx)<br><br>**DEFENDANT AT&T MOBILITY SERVICES LLC'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: May 24, 2012<br>Time: 8:30 a.m.<br>Courtroom: 10<br>Judge: Hon. George Wu<br><br>Action Removed: November 18, 2010<br>Trial Date: None Set |

TO PLAINTIFFS JERRY WONG, JUAN PINEDA, AND RONALD DEL VALLE, AND TO THEIR ATTORNEYS OF RECORD, JASON M. WUCETICH, ESQ., DIMITRIOS V. KOROVILAS, ESQ., THE LAW OFFICES OF WUCETICH & KOROVILAS LLP, THOMAS W. FALVEY, ESQ., J.D. HENDERSON, ESQ., THE LAW OFFICES OF THOMAS W. FALVEY, MARVIN E. KROKOW, ESQ., MICHAEL S. MORRISON, ESQ., AND ALEXANDER KRAKOW + GLICK LLP:

PLEASE TAKE NOTICE that on May 24, 2012, at 8:30 a.m., or as soon thereafter as this matter may be heard, in Courtroom 10 of the United States District Court for the Central District of California, 312 North Spring Street, Los Angeles, California 90012, before the Honorable George Wu, Defendant AT&T MOBILITY SERVICES LLC ("Defendant") will and hereby does move for an order granting judgment on Plaintiffs' sixth claim for relief under the California Private Attorneys General Act ("PAGA").

Defendant brings this Motion pursuant to Rule 12(c) of the Federal Rules of Civil Procedure on the grounds that Plaintiffs failed to properly exhaust their administrative remedies because: (1) Plaintiffs Ronald Del Valle and Jerry Wong did not provide a timely "written notice" to anyone, including the Labor and Workforce Development Agency; (2) Plaintiffs never provided a "written notice by certified mail" to Defendant; (3) Plaintiffs failed to allege the "facts and theories" necessary to support a valid administrative notice; and (4) Plaintiffs' attempt to cure Plaintiff Juan Pineda's notice was both untimely and defective.

This Motion is made following the conference of counsel pursuant to Central District Local Rule 7-3, which took place through an exchange of extensive correspondence on February 29, 2012 and March 10 and 12, 2012, and a telephonic meet and confer held March 9, 2012. *See* Declaration of Elizabeth A. Brown ¶¶ 2-5.

1  Defendant's Motion is based upon this notice of motion and motion;
2  the accompanying Memorandum in Support of Defendant's Motion For Judgment
3  on the Pleadings; the Declaration of Elizabeth A. Brown; in Support of Defendant's
4  Motion For Judgment on the Pleadings; the Request For Judicial Notice in Support
5  of Defendant's Motion For Judgment on the Pleadings; the [Proposed] Order
6  Granting Defendant's Request For Judicial Notice In Support of Defendant's
7  Motion For Judgment on the Pleadings; and the [Proposed] Order Granting
8  Defendant's Motion For Judgment on the Pleadings.

DATED: April 18, 2012              PAUL HASTINGS LLP

                                   By:      /s/ Elizabeth A. Brown
                                        ELIZABETH A. BROWN

                                   Attorneys for Defendant
                                   AT&T MOBILITY SERVICES LLC