UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JERRY WONG, an individual, JUAN PINEDA, an individual, RONALD DEL VALLE, an individual, on behalf of themselves, all others similarly situated and the general public,

Plaintiffs

vs.

AT&T Mobility Services LLC, a Delaware limited liability company; and DOES 1 through 10,

Defendants.

CASE NO. CV 10-8869-GW(FMOx) consolidated with CV 11-1768 GW (FMOx)

**[PROPOSED] ORDER GRANTING DEFENDANT AT&T MOBILITY SERVICES LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Date: May 24, 2012
Time: 8:30 a.m.
Courtroom: 10
Judge: Hon. George Wu

Action Removed: November 18, 2010
Trial Date: None Set

CASE NO. CV 10-8869-GW(FMOX)
CONSOLIDATED WITH CV 11-1768 GW (FMOX)
LEGAL_US_W # 71227495.1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

On May 24, 2012, before the Honorable George Wu, Defendant AT&T Mobility Services LLC's Motion For Judgment on the Pleadings came on for hearing.

The Court, having read and considered all of the papers submitted in support of the Motion and in opposition thereto, the oral arguments of counsel, and the entire record in this action, and the matter having been duly heard,

IT IS HEREBY ORDERED that:

1. Defendant's Motion is GRANTED;
2. Judgment is granted in favor of Defendant and against Plaintiffs' on Plaintiffs' Sixth Claim for Relief.

[OR]

3. Defendant's Motion is GRANTED IN PART.
4. Plaintiffs are barred from pursuing any civil penalties under the California Private Attorneys General Act based on alleged violations of California Labor Code sections 210, 216, 225.5, 226.3, 450, and 558.

IT IS SO ORDERED.

DATED: _______________

_______________________________
HON. GEORGE WU
United States District Court District Judge

Submitted by:

PAUL HASTINGS LLP
GEORGE W. ABELE
ELIZABETH A. BROWN
RYAN J. CRAIN

By: /s/ Elizabeth A. Brown
ELIZABETH A. BROWN

CASE NO. CV 10-8869-GW(FMOX)
CONSOLIDATED WITH CV 11-1768 GW (FMOX)

-1-

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

LEGAL_US_W # 71227495.1