# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WONG, an individual, JUAN PINEDA, an individual, RONALD DEL VALLE, an individual, on behalf of themselves, all others similarly situated and the general public,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>AT&T MOBILITY SERVICES LLC, a Delaware limited liability company; and DOES 1 through 10,<br><br>　　　　　　Defendants. | CASE NO. CV 10-8869-GW(FMOx) consolidated with CV 11-1768 GW (FMOx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AT&T MOBILITY SERVICES LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:　　　　May 24, 2012<br>Time:　　　　8:30 a.m.<br>Courtroom:　　10<br>Judge:　　　　Hon. George Wu<br><br>Action Removed:　November 18, 2010<br>Trial Date:　　　None Set |

1  On January 23, 2012, before the Honorable George Wu, Defendant
2  AT&T Mobility Services LLC's Motion For Judgment on the Pleadings came on
3  for hearing.  In support of its Motion, Defendant requested that the Court take
4  judicial notice, pursuant to Federal Rule of Evidence 201, of the following:

- On February 28, 2011, Plaintiff Juan Pineda sent a letter via certified mail to the LWDA setting forth his purported claims against Defendant AT&T Mobility Services, LLC.  *See* Exhibit B: Plaintiffs' Status Report Re: Scope of PAGA Claims Dkt. 124, Ex. 1

- On February 24, 2012, Plaintiffs Juan Pineda, Jerry Wong and Ronald Del Valle sent a letter via certified mail to the LWDA setting forth their purported claims against Defendant AT&T Mobility Services, LLC.  *See* Exhibit B:  Plaintiffs' Status Report Re: Scope of PAGA Claims Dkt. 124, Ex. 2.

- Neither the February 28, 2011 nor the February 24, 2012 letters were sent to Defendant AT&T Mobility via certified mail.  *See* Exhibit C: Email correspondence from Plaintiff's counsel Michael Morrison to Defendant's counsel Elizabeth Brown indicating that Plaintiffs provided to Defendant all certified mail records for the February 28, 2011 and February 24, 2012 correspondence, none of which includes a certified mail receipt for Defendant.

- Plaintiffs Jerry Wong, Ronald Del Valle, and Juan Pineda were no longer employed by Defendant as of February 22, 2011.  *See* Exhibit D:  Email to Defendant's counsel dated March 12, 2012.

- On June 13, 2011, the LWDA responded to Plaintiff Juan Pineda's February 2011 letter.  *See* Exhibit E:  Letter from LWDA responding

CASE NO. CV 10-8869-GW(FMOX)
CONSOLIDATED WITH CV 11-1768 GW (FMOX)
LEGAL_US_W # 70830629.1

-1-

[PROPOSED] ORDER GRANTING DEFT'S RJN IN SUPPORT OF DEFT'S MOTION FOR JUDGMENT ON THE PLEADINGS

to request for information and enclosing LWDA's June 13, 2011 response to Plaintiff Juan Pineda's February 2011 letter.

The Court, having fully considered the papers, evidence and argument presented by counsel for both parties, HEREBY ORDERS as follows:

Defendant's Request for Judicial Notice in support of its Motion for Judgment on the Pleadings is GRANTED. Rule 201(b) of the Federal Rules of Evidence permits judicial notice of facts that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Pursuant to this Rule, a court may take judicial notice of records and court proceedings. *See Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001). Moreover, judicial notice of this fact is proper because the facts listed above are not "subject to reasonable dispute" and are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

IT IS SO ORDERED.

DATED: _____    _____
HON. GEORGE WU
United States District Court District Judge

Submitted by:

PAUL HASTINGS LLP
GEORGE W. ABELE
ELIZABETH A. BROWN
RYAN J. CRAIN


By:   /s/ Elizabeth A. Brown
      ELIZABETH A. BROWN